American Express
AMEX Special Research
PO Box 981540
El Paso, TX 79998

Ariana Lee
Kevin Lee
98 Bromleigh Road
Garden City, NY 11530

Bank Of America
PO Box 982235
El Paso, TX 79998

Becker & D'Agostino, P.C.
880 Third Avenue
New York, NY 10022

Bethpage Fed Cr Union
899 S Oyster Bay Rd
Bethpage, NY 11714

Bmw Financial Services
Attn: Bky Department
5550 Britton Pkwy
Hilliard, OH 43026

Carman, Callahan &
Ingham, LLP
266 Main Street
Farmingdale, NY 11735

Chase
PO Box 15298
Wilmington, DE 19850

Discover Fin Svcs Llc
PO Box 15316
Wilmington, DE 19850

Footech, Inc.
144 The Knoll
Syosset, NY 11791

Gerald M. Oginski, Esq.
25 Great Neck Road
Suite 4
Great Neck, NY 11021


Lauren Pecora
219 147th Place
Whitestone, NY 11357


Lori Klein
Stuart Klein
3477 5TH ST.
Oceanside, NY 11572


Luba Kovaleva
76-35 113th St; Apt. 3J
Forest Hills, NY 11375


Mark M. Basicas &
Associates, P.C.
233 Broadway, Suite 2707
New York, NY 10279


Marni Kessler
420 Hutton Circle
Lawrence, KS 66049


Nissn Inf Lt
Attn: Bankruptcy
8900 Freeport Parkway
Irving, TX 75063


Peter D. Baron, PLLC
532 Broadhollow Road
Suite 114
Melville, NY 11747


Rachel Yona
42 Ursula Drive
Roslyn, NY 11576


Ronemus & Vilensky
112 Madison Ave. - 2nd Fl
New York, NY 10016

Sullivan, Papain, Block,
McGrath & Cannavo, PC
1140 Franklin Avenue
Suite 200
Garden City, NY 11530

Unvl/citi
Attn.: Centralized Bky
PO Box 20507
Kansas City, MO 64195

Vivian Zaffuto
257 Orchid Road
Levittown, NY 11756